UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANTELE RENEE BENNETT; and
ESTATE OF SHANTELE RENEE
BENNETT,

      Plaintiffs,

v.                                                   Case No. 6:20-cv-2130-Orl-37GJK

DENISE ALRIDGE; and THE CITY OF
ORLANDO CLERK OFFICE,

      Defendants.

_____

## ORDER

      Plaintiffs moved to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends denying the IFP Motion and dismissing Plaintiffs' complaint (Doc. 1) without prejudice for failing to comply with Federal Rule of Civil Procedure 8. (Doc. 5 ("**R&R**").)

      Plaintiffs did not object to the R&R, and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

      Accordingly, it is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 5) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     Plaintiffs' Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED.**

3.     Plaintiffs' Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

4.     By Wednesday, **December 23, 2020** Plaintiff may file an amended complaint that addresses the deficiencies identified in the R&R (Doc. 5). Failure to do so may result in the closure of this action without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 9, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:

-2-

*Pro Se* Party